UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

KEITH ALLEN BALL
    Plaintiff,

v.                                          Case No. 2:21-cv-00062-JMS-MJD

JOHN PLASSE
    Defendant.

## NOTICE OF APPEAL

The Defendant, John Plasse, by counsel, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment granting in part and denying in part the Defendant's motion for summary judgment on February 3, 2023.

                                        WILKINSON, GOELLER, MODESITT,
                                            WILKINSON & DRUMMY, LLP
                                        333 Ohio Street
                                        Terre Haute, Indiana 47807
                                        DPFriedrich@wilkinsonlaw.com
                                        (812) 232-4311 phone
                                        (812) 235-5107 fax

                                        By: */s/ David P. Friedrich*
                                                David P. Friedrich, #15164-84

## CERTIFICATE OF SERVICE

The undersigned, attorney for Defendant, John Plasse, certifies that a copy of the foregoing document was filed electronically and served via first class mail to the following:

Mr. Keith Allen Ball
DOC #109445
Wabash Valley Correctional Facility
Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838

dated this 6th day of March, 2023.

                                                  */s/ David P. Friedrich*
                                                  David P. Friedrich, #15164-84